○ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Richard A. Rohsfeld

V.

Equity Residential Properties Management Co.

**JUDGMENT IN A CIVIL CASE**

Case Number:  04-cv-3869 RHK/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) The proceedings in the above-referenced matter are stayed pending binding arbitration.
2) The Defendant shall pay all fees and costs charged by the AAA in connection with this case.
3) The Plaintiff's demand for arbitration shall be due on September 30, 2004.

|  September 29, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Jackie Mehl |
| | (By)           Jackie Mehl,   Deputy Clerk |

Form Modified:  09/16/04